**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan MARROQUIN–ESPINOZA,
Defendant—Appellant.**

No. 03–10564.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 20, 2004.

William L. Sims, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Melody M. Walcott, Esq., Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Juan Marroquin–Espinoza appeals his guilty-plea conviction and 77–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Marroquin–Espinoza has filed a brief stating there are no grounds for relief, and a motion to with-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

draw as counsel of record. Marroquin–Espinoza has not filed a pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

